IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LADERIAN McGHEE,

    Plaintiff,                                        JUDGMENT IN A CIVIL CASE

v.                                                  13-cv-67-bbc

DALIA SULIENE, KAREN ANDERSON,
LON BECHER, PATRICK MURPHY,
GLEN HEINZL, DR. MARY SAUVEY,
JOAN HANNULA, JUNE LEWANDOSKI,
FERN SPRINGS, NANCY BOWENS and
KEN ADLER,

    Defendants.

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff's motion for preliminary injunctive relief.

_____         7-2-2013
Peter Oppeneer, Clerk of Court                Date