IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LADERIAN McGHEE,

                Plaintiff,                      ORDER

    v.

                                                    13-cv-67-bbc

DALIA SULIENE,

                Defendant.

---

        Plaintiff Laderian McGhee, a prisoner at the Columbia Institution, in Portage, Wisconsin is proceeding *in forma pauperis* in this lawsuit. Now before the court is plaintiff's motion for an order directing prison officials to pay the remaining balance of the filing fee from his release account. *See* dkt. 118. The request will be denied.

        Under the Prison Litigation Reform Act, an inmate who files a lawsuit in federal court under the *in forma pauperis* statute must pay the $350 filing fee, first by making an initial partial payment and then by sending the remainder of the fee to the court in installments of 20% of the preceding month's income in accordance with 28 U.S.C. § 1915(b)(2). On January 30, 2013, this court entered an order assessing plaintiff a $86.47 initial partial payment of the filing fee in this case, which plaintiff paid on February 6, 2013.

        Although it is commendable that plaintiff is taking responsibility for paying his remaining balance promptly, he cannot use his release account funds in the manner he requests. The language in 28 U.S.C. § 1915(b)(1) suggests that prison officials are required to use a prisoner's release account to satisfy an *initial partial payment* if no other funds are available. *Carter v. Bennett*, 399 F. Supp. 2d 936, 936-37 (W.D. Wis. 2005). However, with the exception of initial partial payments, federal courts lack the authority to tell state officials whether and to what

extent a prisoner should be able to withdraw money from his release account. Because plaintiff cannot use his release account funds to pay the remaining balance of the $350 filing fee, I will deny his motion.

ORDER

IT IS ORDERED that plaintiff Laderian McGhee's motion for an order directing prison officials to pay the remainder of his filing fee from his release account, dkt. #118, is DENIED.

Entered this 12th day of March, 2014.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge