IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LADERIAN McGHEE,

                   ORDER

    Plaintiff,

                   13-cv-67-bbc

  v.

DALIA SULIENE,

    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

  In response to plaintiff's request to the court to appoint a replacement for Reed Cornia, his court-appointed counsel, Cornia has written to the court to assure it and his client that he has been working on the case and has been making an effort to visit his client.

  Accordingly, plaintiff's request for appointment of replacement counsel is DENIED at this time.

  Entered this 5th day of September, 2014.

                   BY THE COURT:
                   /s/
                   BARBARA B. CRABB
                   District Judge